BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, CHUNG NGO, Revenue Agent, Internal Revenue Service, | 2:10-mc-00064-GEB-KJN |
|---|---|
| Petitioners, | **ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT** |
| v. | Taxpayer: DAVID W. BLACK |
| DAVID W. BLACK, | Date: **Thursday, August 12, 2010**<br>Time: 10:00 a.m.<br>Ctrm: #25 (8th Floor, Honorable Kendall J. Newman) |
| Respondent. | |

      Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the verification of Revenue Agent CHUNG NGO, and the Exhibits attached thereto, it is hereby:

      ORDERED that the Respondent, DAVID W. BLACK, appear before United States Magistrate Judge Kendall J. Newman, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, August 12, 2010, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on April 15, 2010.

      It is further ORDERED that:

      1. The United States Magistrate Judge will preside, under to 28 U.S.C. Section 636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above. After

1 hearing, the Magistrate Judge intends to submit proposed findings and recommendations
2 under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided
3 to all parties.

4     2. The Court hereby appoints the group manager of the petitioning Internal
5 Revenue Service employee, and all federal employees designated by that group manager,
6 under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

7     3. A copy of this order, the Verified Petition and the attached Exhibits, and
8 the Points and Authorities filed by petitioners with the court, shall be served by delivering
9 a copy to the respondent personally or by leaving a copy at the respondent's dwelling
10 house or usual place of abode with some person of suitable age and discretion then
11 residing therein, within 21 days of the date this order is served upon the United States
12 Attorney, unless such service cannot be made despite reasonable efforts.

13     4. If the federal employee assigned to serve these documents is unable to
14 serve them as provided in paragraph 3, despite making reasonable efforts to do so, the
15 documents may be served by any other means of service permitted by Fed. R. Civ. P. 4(e)
16 or petitioners may request a court order granting leave to serve by other means.  See Fed.
17 R. Civ. P. 81(a)(5). The federal employee assigned to serve the documents shall make a
18 certificate detailing the efforts made within the 21-day period to serve the respondent as
19 provided in paragraph 3.

20     5. Proof of any service done pursuant to paragraph 3 or 4, above, shall be
21 filed with the Clerk of this Court *at least 14 days prior to the date set for the show cause*
22 *hearing*.

23     6. The file reflects a prima facie showing that the investigation is
24 conducted pursuant to legitimate purposes, that the inquiry may be relevant to those
25 purposes, that the information sought is not already within the Commissioner's
26 possession, and that the administrative steps required by the Code have been followed.
27 United States v. Powell, 379 U.S. 48, 57-58 (1964).  The burden of coming forward
28 therefore has shifted to whoever might oppose enforcement.  See Stewart v. United

1  States, 511 F.3d 1251, 1255 (9th Cir. 2008) (stating that "[o]nce a prima facie case is
2  made a 'heavy' burden is placed on the taxpayer to show an 'abuse of process' or 'the lack
3  of institutional good faith'") (citing Fortney v. United States, 59 F.3d 117, 210 (9th
4  Cir.1995).

5  　　　7. If the respondent has any defense or opposition to the petition, such
6  defense or opposition shall be made in writing and filed with the Clerk and a copy served
7  on the United States Attorney *at least 14 days prior to the date set for the show cause*
8  *hearing*.

9  　　　8. At the show cause hearing, the Magistrate Judge intends to consider the
10 issues properly raised in opposition to enforcement.  Only those issues brought into
11 controversy by the responsive pleadings and supported by affidavit will be considered.
12 Any uncontested allegation in the petition will be considered admitted.

13 　　　9. The respondent may notify the Court, in a writing filed with the Clerk
14 and served on the United States Attorney at least 14 days prior to the date set for the show
15 cause hearing, that the respondent has no objections to enforcement of the summons.  The
16 respondent's appearance at the hearing will then be excused.

17 DATED: June 18, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE