BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, CHUNG NGO, Revenue Agent, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DAVID W. BLACK,<br><br>Respondent. | 2:10-mc-00064-GEB-KJN<br><br>**STIPULATION AND [Proposed] ORDER RE: I.R.S. TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: DAVID W. BLACK<br><br>Date: Thursday, August 12, 2010<br>Time: 10:00 a.m.<br>Ctrm: #25 (8th Floor, Honorable Kendall J. Newman) |
|---|---|

The parties, through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, as follows:

1. The IRS summons in suit should be ENFORCED.

2. Respondent, DAVID W. BLACK intends to appear at 1395 Ridgewood Drive, Chico, CA, 95973, before Revenue Agent Chung Ngo or his designated representative, on Tuesday, September 14, 2010, at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

///

3. Once this Order has been signed, the Petitioners intend to submit a stipulation and order to the Magistrate Judge requesting that the Show Cause Hearing currently set for Thursday, August 12, 2010, at 10:00 a.m., be taken off calendar.

4. Petitioners may at any time take the position that respondent has complied sufficiently with this order.  They then may file a notice of that fact, and respondent will have no further obligations in this litigation.

Dated:  July 14, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                  By:    */s/ Y. Himel*
                                         YOSHINORI H. T. HIMEL
                                         Assistant U. S. Attorney

Dated: July 18 , 2010                    */s/ David W. Black*
                                         DAVID W. BLACK

ORDER APPROVING STIPULATION
AND ENFORCING IRS SUMMONS

1. The stipulation is APPROVED.

2. The IRS summons in suit is ENFORCED.

3. Respondent, DAVID W. BLACK, shall appear at 1395 Ridgewood Drive, Chico, CA, 95973, before Revenue Agent Chung Ngo or his designated representative, on Tuesday, September 14, 2010, at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

4. Petitioners may submit a stipulation and proposed order requesting the Magistrate Judge to remove from calendar the Show-Cause Hearing currently set for Thursday, August 12, 2010, at 10:00 a.m.

///

1    5. Petitioners may at any time take the position that respondent has complied
2 sufficiently with this order.  They then may file a notice of that fact, and respondent will
3 have no further obligations in this litigation.
4    It is SO ORDERED.

Dated: August 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge